IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission, | No. CV-15-01814-PHX-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Jason Mogler, et al., | |
| Defendants. | |

This action has recently been transferred to this Court. Presently pending are the parties' unopposed motions and stipulations, in which they request an extension of the deadlines for defendants to file their respective answers. Having considered these first requests,

**IT IS ORDERED:**

1. That the parties' Motions/Stipulations (Docs. 34, 35, 37, 38) are **granted**;

2. That Defendants Jason Mogler, James Stevens, and James Hinkeldey shall have until **December 16, 2015** to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure;

3. That Defendant Casimer Polanchek shall have until **January 20, 2016** to file an answer to the Complaint or otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure; and

///

///

4. That the Court's November 17, 2015 Order (Doc. 29) is **discharged**.

Dated this 23rd day of November, 2015.

                                              Honorable Steven P. Logan
                                              United States District Judge