# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jason Mogler, et al.,<br><br>　　　　　Defendants. | **NO. CV-15-01814-PHX-SPL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 5, 2020, which granted Plaintiff's Motion for Summary Judgment as to Liability and Non-Monetary Relief, judgment is entered in favor of plaintiff and against defendants. This action is hereby terminated.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　Acting District Court Executive/Clerk of Court

March 5, 2020

　　　　　　　　　　　　　　　　　　s/ W. Poth
　　　　　　　　　　　　　　By　　Deputy Clerk